# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LUCERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHAT A ROOM FURNITURE INC., a California corporation; and Does 1-10, inclusive,<br><br>Defendant. | Case No.: 2:21-cv-01775-JAM-AC<br><br>Order to Extend Time to Respond to Initial Complaint<br><br>Complaint served: 1/25/2022<br>Current response date: 2/25/2022<br>New response date: 3/28/2022 |

Upon review of the Stipulation to Extend Time to Respond to Initial Complaint filed in this action (the "Stipulation"), in which Plaintiff Christopher Lucero ("Plaintiff"), on the one hand, and Defendant What a Room Furniture Inc., a California corporation ("Defendant"), on the other, stipulate and jointly request that the Court extend the time for Defendant to respond to the Complaint in this action from February 25, 2022 to March 28, 2022 and agree that good cause exists for said extension as set forth in said Stipulation, and the Court finding sufficient good cause to grant the parties' request,

IT IS HEREBY ORDERED that the joint request of the parties set forth in the above-referenced Stipulation is hereby GRANTED, thereby making March 28, 2022 the new deadline for Defendants to respond to the Complaint.

Dated:  February 17, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE