# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LUCERO, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>WHAT A ROOM FURNITURE INC., a California corporation; and Does 1-10, inclusive,<br><br>            Defendant. | Case No.: 2:21-cv-01775-JAM-AC<br><br>Order to Extend Time to Respond to Initial Complaint By More Than 28 Days<br>(L.R. 144(a))<br><br>Complaint served: 12/31/2021<br>Current response date: 3/28/2022<br>New response date: 4/25/2022 |

Upon review of the Second Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 Days filed in this action (the "Second Stipulation"), in which Plaintiff Christopher Lucero ("Plaintiff"), on the one hand, and Defendant What a Room Furniture Inc., a California corporation ("Defendant"), on the other, stipulate and jointly request that the Court extend the time for Defendant to respond to the Complaint in this action from March 28, 2022 to April 25, 2022 and agree that good cause exists for said extension as set forth in said Second Stipulation, and the Court finding sufficient good cause to grant the parties' request,

1 | IT IS HEREBY ORDERED that the joint request of the parties set forth in the above-referenced Second Stipulation is hereby GRANTED, thereby making April 25, 2022 the new deadline for Defendants to respond to the Complaint.

DATED: March 25, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE