# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LUCERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHAT A ROOM FURNITURE INC., a California corporation; and DOES 1 to 10, inclusive,<br>Defendants.<br><br>Defendants. | Case No. 2:21-cv-01775-JAM-AC<br><br>**ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

**IT IS HEREBY ORDERED THAT,**

1) The deadline to file dispositional documents currently scheduled for May 20, 2022, is hereby continued to June 20, 2022.

**IT IS SO ORDERED.**

Dated: May 20, 2022      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE